## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL JOSEPH BAILEY,
*Appellant.*

03C-42661; A122767

146 P3d 352

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Benjamin R. Hartman, Assistant Attorney General, for petition.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

The state petitions for reconsideration of our decision in *State v. Bailey*, 207 Or App 522, 142 P3d 512 (2006), noting that we made a factual error that led us to an incorrect disposition of the case. We agree, and therefore allow reconsideration, withdraw our prior opinion and disposition, and affirm defendant's convictions and sentences.

In our prior opinion, we stated that defendant had been convicted after jury trial on two counts of delivery of a controlled substance to a minor. *Id.* at 523. The state points out that defendant, in fact, waived jury trial and was tried to the court. The state argues that, because defendant waived jury trial, his unpreserved challenge to his departure sentences much be affirmed in light of *State v. Perez*, 340 Or 310, 131 P3d 168 (2006), and *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006). On reconsideration, we agree that *Perez* and *Gornick* are controlling. Accordingly, we withdraw our previous disposition of the case.

Reconsideration allowed; prior opinion and disposition withdrawn; affirmed.